Melissa D. Ingalls (State Bar No. 174861)
melissa.ingalls@kirkland.com
Shaun Paisley (State Bar No. 244377)
shaun.paisley@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California  90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Plaintiff-Counterdefendant
DIRECTV, Inc.

Laura W. Brill (State Bar No. 195889)
lbrill@kbkfirm.com
Gabriel D. Miller (State Bar No. 243359)
gmiller@kbkfirm.com
KENDALL BRILL & KLIEGER LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, CA 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

Attorneys for Defendant-Counterclaimant
Raycom Media, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIRECTV, INC., | Case No.: 2:10-CV-9883-GAF |
| Plaintiff-Counterdefendant, | **STIPULATION OF VOLUNTARY DISMISSAL** |
| vs. | |
| RAYCOM MEDIA, INC., | |
| Defendant-Counterclaimant. | |

IT IS HEREBY STIPULATED by and between Plaintiff-Counterdefendant DIRECTV, Inc. ("DIRECTV") and Defendant-Counterclaimant Raycom Media, Inc. ("Raycom"), by and through their respective counsel of record, that, pursuant to the terms of their settlement agreement, this action, including both DIRECTV's claims and Raycom's counterclaims, shall be dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Both parties shall bear their own fees and costs.

Dated: February 9, 2011		KIRKLAND & ELLIS LLP

By: /s Shaun Paisley
Shaun Paisley

Attorneys for DIRECTV, Inc.

Dated: February 9, 2011		KENDALL BRILL & KLIEGER LLP

By: *[signature]*
Laura W. Brill

Attorneys for Raycom Media, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2011, I have electronically filed the **STIPULATION OF VOLUNTARY DISMISSAL** with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the attorneys of record who are registered CM/ECF users.

Executed February 9, 2011, at Los Angeles, California.

KIRKLAND & ELLIS LLP

   /s/ Shaun Paisley
Shaun Paisley

*Attorneys for DIRECTV, Inc.*